## STATE EX REL. PATRICK SHEEHAN v. C. S. REED.[1]

February 4, 1916.

Nos. 19,721—(268).

**Case followed.**

Upon the relation of Patrick Sheehan this court granted its writ of *habeas corpus* directed to the warden of the state prison. Relator discharged.

*Theodore W. Thomson*, for relator.

*Lyndon A. Smith*, Attorney General, and *C. Louis Weeks*, Assistant Attorney General, for respondent.

PER CURIAM.

The facts in this case are substantially the same as in the case of State v. Reed, supra, page 295, 156 N. W. 128. The same principles of law apply. The petitioner is accordingly ordered discharged.

[1]Reported in 156 N. W. 128.